```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARVIN SMITH SHAHEEN,

                        Plaintiff,
                                                    No.9:04-CV-625
                v.                                   (FJS/DRH)

Gary Filion, Superintendent;
JOAN SMITH, Deputy Superintendent;
LT. PEREZ; J. FUNK; JOCHOMAS,
Correctional Officer; and JOHN DOE

                        Defendants.
_____


APPEARANCES:                          OF COUNSEL:


MARVIN SMITH SHAHEEN
Plaintiff, Pro se
c/o Marian Gray
Post Office Box 215
Portchester, New York   10573



HON. ELIOT SPITZER                    STEPHEN M. KERWIN, ESQ.
Attorney General for the              Assistant Attorney General
  State of New York
Attorney for Defendants
The Capitol
Albany, New York   12224-0341
```

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

The above-captioned matter having been presented to me by

the Report-Recommendation of Magistrate Judge David R. Homer filed September 5, 2006, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge David R. Homer filed September 5, 2006 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED**, that Defendants' motion for summary judgment is **GRANTED**, as to defendants Filion, Smith, Horton, Perez and Funk and as to both of Shaheen's causes of action, and it is further

**ORDERED**, that the complaint is **DISMISSED** without prejudice as to defendants John Doe and Jochomas, and it is further

**ORDERED**, that this action is **TERMINATED** in its entirety as to all defendants and all claims.

**IT IS SO ORDERED.**

DATED: September 27, 2006
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge